AO 83 (Rev 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court

By _____
Deputy Clerk

|  |  |
|---|---|
| United States of America <br> v. <br> MOHAMMADREZA KAMALI <br> a/k/a "Reza" <br><br> *Defendant* | ) <br> ) <br> ) <br> )  Case No.   3:18-cr-288(JCH) <br> ) <br> ) <br> ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of Court

| Place: | Hon. Sarah A. L. Merriam <br> United States District Court <br> 141 Church Street <br> New Haven CT  06510 | Courtroom No.:  4 |
|---|---|---|
|  |  | Date and Time:  12/19/2018 12:00 pm |

This offense is briefly described as follows:

Title 18 USC sections 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing in Firearms Without a License)
Title 26 USC sections 5822, 5861(c) and 5871 (Possession of a Firearm Made in Violation of the National Firearms Act)
Title 26 USC sections 5841, 5861(d) and 5871 (Possession of an Unregistered Firearm)

Date: _____12/13/2018_____

_Issuing officer's signature_

_Printed name and title_

I declare under penalty of perjury that I have:

❏ Executed and returned this summons          ❏ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_