UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:18CR288(JCH) |
| MOHAMMADREZA KAMALI | : June 13, 2019 |

**UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS**

The Defendant, Mohammadreza Kamali, respectfully moves to modify his release conditions. On April 16, 2019, the Defendant pleaded guilty to a firearms related charge. The Court granted the Defendant's continued release on bond, which included home detention, and that at least one parent remain in the home with Mr. Kamali at all times.

The reason for this request is that Mohammadreza Kamali's mother, and primary home guardian, needs to travel to Iran to visit her terminally ill father. Details of the trip have been provided to Mr. Kamali's supervision officer. She departs on July 17, and returns on August 8, 2019. As such, Mr. Kamali's father, has taken vacation time to care for his children during that time. However, that includes intermittent periods throughout the day when Mr. Kamali may remain at home alone. If allowed, those hours would only include 10 a.m. until 8 PM.

Neither Senior United States Probation Officer Vicki Stackpole, nor Assistant United States Attorney Lauren Caprio Clark, opposes the Defendant's request.

                                          Respectfully Submitted,

                                          THE DEFENDANT,
                                          Mohammadreza Kamali

                                          FEDERAL DEFENDER OFFICE

Date: June 13, 2019                     /s/ Tracy Hayes
                                          Assistant Federal Defender
                                          265 Church Street, 7th FL
                                          New Haven, CT 06510
                                          Phone: (203) 498-4200
                                          Bar No.: phv06527
                                          Email: tracy_hayes@fd.org

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 13, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Tracy Hayes
                                      Tracy Hayes