**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

_____ District of CONNECTICUT

Caption:

UNITED STATES v.

MOHAMMADREZA KAMALI

Docket No.: 3:18CR288(JCH)

The Hon. Janet C. Hall
(District Court Judge)

Notice is hereby given that Mohammadreza Kamali appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on October 9, 2019.
(date)

This appeal concerns: Conviction only | __ | Sentence only | ✓ | Conviction & Sentence | __ | Other | __ |

Defendant found guilty by plea | ✓ | trial | __ | N/A | __ |.

Offense occurred after November 1, 1987? Yes | __ | No | __ | N/A | __ |

Date of sentence: October 8, 2019    N/A | __ |

Bail/Jail Disposition: Committed | ✓ |   Not committed | __ |   N/A | __ |

Appellant is represented by counsel? Yes ✓ | No | __ | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Tracy Hayes, Assistant Federal Defender |
| Counsel's Address: | Office of the Federal Defender |
| | 265 Church Street, Suite 702, New Haven, CT 06510 |
| Counsel's Phone: | 203-498-4200 |
| Assistant U.S. Attorney: | Lauren C. Clark, Assistant United States Attorney |
| AUSA's Address: | United States Attorney's Office |
| | 157 Church Street, FL 25, New Haven, CT 06510 |
| AUSA's Phone: | 203-821-3795 |

/s/ Tracy Hayes
_____
Signature